In the Matter of the Claim of JOHN M. BEDNAR, Appellant, against INGERSOLL-RAND COMPANY, Respondent.

Submitted May 16, 1938; decided May 18, 1938.

*Thomas A. Clarke* for motion.

*Edwin J. Carpenter* opposed.

Motion denied, without costs.